Conseco reasonably apprehended that the phrasing of the trial judge's oral statement of his ruling on August 2, 2001, and the phrasing of his entry on the case action summary sheet that same day, in combination with his denial of Conseco's motion seeking, in part, a clarification of those rulings to reflect that arbitration was not being unconditionally denied at that stage of the proceedings, constituted a full-fledged denial of Conseco's motion to compel arbitration. That being the situation, Conseco could ill afford to "guess" otherwise and let the time for an appeal of such a denial expire, exposing it to the prospect of losing its only chance to seek appellate review of a denial. The holding of the main opinion, that, in effect, the rulings by the trial court do not represent an unconditional denial of arbitration, with the result that the issue raised by Conseco is not ripe for review, officially allays Conseco's concerns. I, therefore, concur in the result.